ANTHONY L. MARTIN
Nevada Bar No. 008177
anthony.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 011180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>            Plaintiff,<br><br>vs.<br><br>RIVIERA OPERATING CORPORATION d/b/a RIVIERA HOTEL & CASINO; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>            Defendants. | Case No. 2:13-cv-02336-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Michael J. Hicks and Defendant Riviera Operating Corporation d/b/a Riviera Hotel & Casino, by and through their respective undersigned counsel, that the above-entitled action shall be dismissed with prejudice, each party to bear its own fees and costs.

///

///

///

///

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 12/30/2014**

| | |
|---|---|
| Dated this 18th day of December, 2014 | Dated this 30th day of December, 2014 |
| HATFIELD & ASSOCIATES, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *(signature)* | *(signature)* |
| Trevor J. Hatfield, Esq.<br>703 South Eighth Street<br>Las Vegas, Nevada 89101 | Anthony L. Martin<br>Dana B. Krulewitz<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br>Telephone:  702.369.6800 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

*(signature)*

Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 12/30/2014**